UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **GEORGE HUDGENS**, <br><br> Petitioner, <br><br> vs. <br><br> **GREGORY SKIPPER**, <br><br> Respondent. | **2:21-CV-10292-TGB-EAS** |

## JUDGMENT

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED.** It is **FURTHER ORDERED** that a certificate of appealability is **DENIED.** It is **FURTHER ORDERED** that permission to appeal in forma pauperis is **GRANTED.**

Dated at Detroit, Michigan, this 26th day of February, 2021.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE